UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:    3:02CR32 |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO DISMISS THE INDICTMENT** |
| [1] YENIFER CASTRO | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: October 25, 2019

Graham C. Mullen
United States District Judge